IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ELIZABETH FRYBERGER                                                           PLAINTIFF

v.                                  No. 5:16-cv-05224 PKH

UNIVERSITY OF ARKANSAS-
FAYETTEVILLE and BOARD
OF TRUSTEES OF THE
UNIVERSITY OF ARKANSAS                                                       DEFENDANTS

## JOINT STIPULATION DISMISSAL WITH PREJUDICE

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is stipulated by the Plaintiff and the Defendants that this action be dismissed with prejudice.

Dated February 17, 2020.

George Rozzell
Ark. Bar No. 08032
Keith, Miller, Butler, Schneider & Pawlik, PLLC
224 S. 2nd Street
Rogers, Arkansas 72756
Phone: 479-621-0006
Fax: 479-631-6890
Email: grozzell@arkattorneys.com

Counsel for the Plaintiff

C. Joseph Cordi, Jr.
Arkansas Bar No. 91225
Associate General Counsel
University of Arkansas
421 Administration Building
Fayetteville, AR 72701
Telephone: (479) 575-5401
Facsimile: (479) 575-5046
joecordi@uark.edu

Counsel for the Defendants