```
```
IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ELIZABETH FRYBERGER                                                          PLAINTIFF

NO.   16-cv-5224

UNIVERSITY OF ARKANSAS, et al                                           DEFENDANTS

## CLERK'S ORDER OF DISMISSAL

On this 18th day of February, 2020, the parties hereto having filed a joint stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

DOUGLAS F. YOUNG, CLERK

BY: *Teri Gunderson*
Deputy Clerk